*In re* JAIME CASTRILLÓN RAMÍREZ.

*Número:* 5999          *Resuelto:* 17 de noviembre de 1994

*Govén D. Martínez Surís*, Director de la Oficina de Inspección de Notarías; *Jaime Castrillón Ramírez, pro se.*

PER CURIAM: Mediante Memorando de 12 de julio de 1994,

el Lcdo. Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías, nos informó que el abogado-notario Jaime Castrillón Ramírez no había rendido los índices notariales, que requiere la Ley Notarial de Puerto Rico, Ley Núm. 75 de 2 de julio de 1987 (4 L.P.R.A. sec. 2001 *et seq.*), desde marzo de 1992 hasta entonces, por un período de dos años y cuatro meses; ello a pesar del requerimiento específico de dicha Oficina a esos efectos. Ya antes, durante los meses de enero y febrero de 1992, había incurrido en tardanzas en someter los índices notariales, que había justificado por razones de salud.

En vista a lo antes mencionado, el 23 de septiembre de 1994 emitimos la Resolución siguiente:

> Vista la comunicación del Director de Inspección de Notarías, se le ordena al Lic. Jaime Castrillón Ramírez que dentro de quince (15) días contados a partir de la notificación de esta resolución, rinda sus índices notariales e indique las razones para su incumplimiento. ... Se le apercibe al Lic. Castrillón Ramírez que de no cumplir con esta Resolución podrá ser disciplinado.

Dicha resolución le fue notificada efectivamente al abogado Castrillón Ramírez por correo certificado con acuse de recibo. El referido abogado contestó nuestro requerimiento, presentando los índices notariales en cuestión y expresando su gran pesar de que, por problemas familiares y de salud, no había podido cumplir antes con sus deberes como notario, y aceptando su responsabilidad por tan seria violación a las normas profesionales.

# I

La obligación de los notarios de rendir índices notariales es de estricto cumplimiento. El notario que incumpla con su obligación de rendir índices notariales incurre en conducta ilegal que acarrea la imposición de sanciones

disciplinarias. *In re Gómez Rijos*, 129 D.P.R. 811 (1992); *In re Cruz Ramos*, 127 D.P.R. 1005 (1991); *In re Nogueras Cartagena*, 127 D.P.R. 574 (1990); *In re Serrano Casanova*, 124 D.P.R. 800 (1989); *In re Bonilla Martínez*, 120 D.P.R. 682 (1988); *In re Hernández Ramírez*, 120 D.P.R. 366 (1988); *In re Colón de Zengotita*, 116 D.P.R. 303 (1985).

Desde nuestro *per curiam* en *In re Colón de Zengotita*, supra, advertimos expresa y enfáticamente a la profesión que habríamos de ser rigurosos en la aplicación de sanciones disciplinarias por el incumplimiento de los deberes notariales. Sin embargo, vistas las razones formuladas por el licenciado Castrillón Ramírez para explicar su incumplimiento, y tomando en cuenta su actitud de contrición, *limitaremos la sanción a una suspensión de la notaría por el período de seis (6) meses.*

*Se dictará sentencia de conformidad.*

La Juez Asociada Señora Naveira de Rodón no intervino.